**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

| | | |
|---|---|---|
| | : | **Case No. 16-22476-CMB** |
| **Christopher R. McQueen and** | : | |
| **Dana L. McQueen,** | : | |
| Debtor | : | **Chapter 13** |
| **Christopher R. McQueen,** | : | |
| Movant | : | |
| S. S. No. xxx-xx-5976 | : | **Related to Doc. No. 40** |
| | : | |
| v. | : | |
| **McMeely Staffing Inc.,** | : | **WO-1** |
| Respondent | : | |
| | : | |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER**
**ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER**

I, Shaina Little, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 25, 2017, I served a copy of the above-captioned pleading and within **Wage Attachment Order** dated January 24, 2017 together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on:  January 25, 2017          /s/ Shaina Little
                                         Shaina Little, Paralegal
                                         McElrath Legal Holdings, LLC
                                         1641 Saw Mill Run Boulevard
                                         Pittsburgh, PA 15210
                                         slittle@mcelrathlaw.com
                                         Tel: 412.765.3606
                                         Fax: 412.765.1917

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Christopher R. McQueen
Dana L. McQueen
1282 Kecksburg Road
Mount Pleasant, PA 15666

McMeely Staffing Inc.
Attention: Payroll Administrator
251 Twin Hills Drive
Pittsburgh, PA 15216