## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-22476-CMB |
|     **Christopher R. McQueen and** | : | CHAPTER 13 |
|     **Dana L. McQueen,** | : | |
|         Debtors | : | Related to Doc. No. 43, 45 |
| | : | |
|     **Christopher R. McQueen and** | : | Concil. Conf.: |
|     **Dana L. McQueen,** | : | 12/21/2017 at 01:30 PM |
|         Movants | : | |
| | : | |
|     vs. | : | |
| | : | |
|     **Nationstar Mortgage LLC, and** | : | |
|     **Ronda J. Winnecour, Esquire,** | : | |
|     **Chapter 13 Trustee,** | : | |
|         Respondents | : | |

**CERTIFICATE OF SERVICE OF ORDER DATED NOVEMBER 7, 2017 NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN ALONG WITH THE AMENDED CHAPTER 13 PLAN DATED NOVEMBER 6, 2017**

    I, Sharla Munroe, Paralegal for to the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated November 7, 2017, Notice of Proposed Modification to Confirmed Plan along with the Amended Chapter 13 Plan dated November 6, 2017, on the parties on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.

Executed on: November 9, 2017

                                              By:    /s/ Sharla Munroe
                                                        Sharla Munroe, Paralegal
                                                        McElrath Legal Holdings, LLC
                                                        1641 Saw Mill Run Blvd
                                                        Pittsburgh, PA 15210
                                                        Tel: 412.765.3606
                                                        Fax: 412.765.1917

## MATRIX

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Christopher Robert McQueen
Dana Louise McQueen
1282 Kecksburg Road
Mount Pleasant, PA 15666

ACC
921 Oak Street
Scranton, PA 18508

Aes/Pheaa
Student Loan Service Center
Harrisburg, PA 17105

Afni
Po Box 3097
Bloomington, IL 61702

Am Cred& Col
Pob 264
Taylor, PA 18517

American Credit &
Collections
PO Box 264
Taylor, PA 18517

American Info Source Lp
Post Office Box 248848
Oklahoma City, OK 73124-8848

Andrew F. Gornall, Esquire
Goldbeck, McCafferty &
McKeever
701 Market Street
Suite 5000
Philadelphia, PA 19106

BAC Home Loans Servicing
450 American Street
Simi Valley, CA 93065

Cacv Of Colorado Llc
370 17th Street Suite 5000
Denver, CO 80202

Dish Network
Dept. 9235
Palatine, IL 60055-9235

Diversified Collection
Po Box 200
Greensburg, PA 15601

Dp Of Educ
2505 S Finley Rd
Lombard, IL 60148-4899

Dyck-O'Neal, Inc
PO Box 13370
Arlington, TX 76094

ECMC
PO Box 16408
Saint Paul, MN 55116

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256

I C System Inc
Po Box 64378
Saint Paul, MN 55164

Jefferson Capital Systems
PO Box 7999
Saint Cloud, MN 56302-9617

KML Law Group
701 Market St Ste 5000
Philadelphia, PA 19106

LVNV Funding
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Nationstar Mortgage, LLC
Po Box 619096
Dallas, TX 75235

Nco Fin/55
Po Box 13570
Philadelphia, PA 19101

Nco Financial
507 Prudential Road
Horsham, PA 19044

Nelnet Loans
Po Box 1649
Denver, CO 80201

Nissan-Infiniti
2901 Kinwest Parkway
Irving, TX 75063

Portfolio Recovery
Po Box 41067
Norfolk, VA 23541

Pra Receivables Management, LLC
As Agent of Portfolio Recovery Assocs.
P.O. Box 41067
Norfolk, VA 23541

Protocol Recovery Service Inc.
509 Mercer Avenue
Panama City, FL 32401

Quantum3 Group LLC
P.O. Box 788
Kirkland, WA 98083-0788

Sears
Po Box 6189
Sioux Falls, SD 57117

Strategic Recovery Gro
7880 Bent Branch Dr Ste
Irving, TX 75063

T Mobile
12920 SE 38th Street
Bellevue, WA 98006

T- Mobile
P.O. Box 53410
Bellevue, WA 98015-5341

U.S. Department Of Education
Po Box 5609
Greenville, TX 75403

UPMC
PO Box 371842
Pittsburgh, PA 15250-7842

UPMC Magee-Womens Hospital of UPMC
PO Box 382059
Pittsburgh, PA 15250

UPMC Presbyterian Hospital
Billing Department
PO Box 655
Vandalia, OH 45377-0655

Vantium Capital
7880 Bent Branch Road
Irving, TX 75063