**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Christopher R. McQueen**
**Dana L. McQueen**
   Debtor(s)

Bankruptcy Case No.: 16–22476–CMB
Related to Dkt. No. 58
Chapter: 13
Docket No.: 59 – 58
Concil. Conf.: January 24, 2019 at 11:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **December 24, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **January 8, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **January 24, 2019** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 9, 2018

                                                                  Carlota M. Bohm
                                                                  United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

        Ronda J. Winnecour, Trustee
        P.O. Box 84051
        Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 16-22476-CMB
Christopher R. McQueen                                                 Chapter 13
Dana L. McQueen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: jhel              Page 1 of 3           Date Rcvd: Nov 09, 2018
                            Form ID: 410            Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2018.
```
db/jdb         +Christopher R. McQueen,    Dana L. McQueen,    1282 Kecksburg Road,
                 Mount Pleasant, PA 15666-3649
cr             +BUNGALOW SERIES III REO, LLC IF IN FL VEST TO BUNG,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
14254760       +ACC,   921 Oak Street,    Scranton, PA 18508-1235
14254761        Aes/Pheaa,   Student Loan Service Center,    Harrisburg, PA 17105
14254766       +Andrew F. Gornall, Esquire,    Goldbeck, McCafferty & McKeever,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
14254767       +BAC Home Loans Servicing,    450 American Street,    Simi Valley, CA 93065-6285
14254770       +Diversified Collection,    Po Box 200,    Greensburg, PA 15601-0200
14254771       +Dp Of Educ,    2505 S Finley Rd,    Lombard, IL 60148-4867
14254773       +ECMC,   PO Box 16408,    Saint Paul, MN 55116-0408
14254775       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14254777       +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14277621      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,     ATTN: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
14254783      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,   DALLAS TX 75266-0366
                (address filed with court: Nissan-Infiniti,     2901 Kinwest Parkway,    Irving, TX 75063)
14254780        Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
14254786       +Protocol Recovery Service Inc.,    509 Mercer Avenue,    Panama City, FL 32401-2631
14254788       +Sears,   Po Box 6189,    Sioux Falls, SD 57117-6189
14254789       +Strategic Recovery Gro,    7880 Bent Branch Dr Ste,    Irving, TX 75063-6002
14266568      ++T MOBILE,   C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                (address filed with court: T Mobile,     12920 SE 38th Street,    Bellevue, WA 98006)
14886479       +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
14254791       +U.S. Department Of Education,    Po Box 5609,    Greenville, TX 75403-5609
14323616        UPCI Cancer Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14266571        UPMC,   PO Box 371842,    Pittsburgh, PA 15250-7842
14254792       +UPMC Magee-Womens Hospital of UPMC,    PO Box 382059,    Pittsburgh, PA 15250-0001
14254793        UPMC Presbyterian Hospital,    Billing Department,    PO Box 655,   Vandalia, OH 45377-0655
14334355        US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
14323615        University of Pittsburgh Physicians,    PO Box 1123,    Minneapolis, MN 55440-1123
14254794       +Vantium Capital,    7880 Bent Branch Road,    Irving, TX 75063-6002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14254762       +E-mail/Text: EBNProcessing@afni.com Nov 10 2018 02:07:24      Afni,   Po Box 3097,
                 Bloomington, IL 61702-3097
14254763       +E-mail/Text: seinhorn@ars-llc.biz Nov 10 2018 02:07:46      Am Cred& Col,    Pob 264,
                 Taylor, PA 18517-0264
14254764       +E-mail/Text: seinhorn@ars-llc.biz Nov 10 2018 02:07:46      American Credit & Collections,
                 PO Box 264,    Taylor, PA 18517-0264
14254765        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 10 2018 02:16:46      American Info Source Lp,
                 Post Office Box 248848,    Oklahoma City, OK 73124-8848
14254768       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 10 2018 02:05:20
                 Cacv Of Colorado Llc,    370 17th Street Suite 5000,    Denver, CO 80202-5616
14254769        E-mail/Text: Bankruptcy.Consumer@dish.com Nov 10 2018 02:07:15      Dish Network,   Dept. 9235,
                 Palatine, IL 60055-9235
14254772       +E-mail/Text: lweidhaas@dyckoneal.com Nov 10 2018 02:07:19      Dyck-O'Neal, Inc,   PO Box 13370,
                 Arlington, TX 76094-0370
14254774       +E-mail/Text: bknotice@ercbpo.com Nov 10 2018 02:07:23      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14254776        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 10 2018 02:07:27      Jefferson Capital Systems,
                 PO Box 7999,    Saint Cloud, MN 56302-9617
14254778        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 10 2018 02:05:49      LVNV Funding,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14254781       +E-mail/Text: egssupportservices@alorica.com Nov 10 2018 02:07:26      Nco Financial,
                 507 Prudential Road,    Horsham, PA 19044-2308
14254782       +E-mail/Text: electronicbkydocs@nelnet.net Nov 10 2018 02:07:23      Nelnet Loans,   Po Box 1649,
                 Denver, CO 80201-1649
14254784        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2018 02:05:15
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14254785       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2018 02:05:14
                 Pra Receivables Management, LLC,    As Agent of Portfolio Recovery Assocs.,    P.O. Box 41067,
                 Norfolk, VA 23541-1067
14254787        E-mail/Text: bnc-quantum@quantum3group.com Nov 10 2018 02:07:03      Quantum3 Group LLC,
                 P.O. Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 15
```

```
District/off: 0315-2           User: jhel              Page 2 of 3              Date Rcvd: Nov 09, 2018
                               Form ID: 410            Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr              U.S. Bank Trust National Association, as Trustee o
14266538*      +ACC,    921 Oak Street,    Scranton, PA 18508-1235
14266539*       Aes/Pheaa,    Student Loan Service Center,    Harrisburg, PA 17105
14266540*      +Afni,   Po Box 3097,    Bloomington, IL 61702-3097
14266541*      +Am Cred& Col,    Pob 264,    Taylor, PA 18517-0264
14266542*      +American Credit & Collections,    PO Box 264,    Taylor, PA 18517-0264
14266543*       American Info Source Lp,    Post Office Box 248848,    Oklahoma City, OK 73124-8848
14266544*      +Andrew F. Gornall, Esquire,    Goldbeck, McCafferty & McKeever,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
14266545*      +BAC Home Loans Servicing,     450 American Street,    Simi Valley, CA 93065-6285
14266546*      +Cacv Of Colorado Llc,    370 17th Street Suite 5000,    Denver, CO 80202-5616
14266547*       Dish Network,    Dept. 9235,    Palatine, IL 60055-9235
14266548*      +Diversified Collection,    Po Box 200,    Greensburg, PA 15601-0200
14266549*      +Dp Of Educ,    2505 S Finley Rd,    Lombard, IL 60148-4867
14266550*      +Dyck-O'Neal, Inc,    PO Box 13370,    Arlington, TX 76094-0370
14266551*      +ECMC,    PO Box 16408,    Saint Paul, MN 55116-0408
14266552*      +Enhanced Recovery Co L,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14266553*      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14266554*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:  Jefferson Capital Systems,    PO Box 7999,
                 Saint Cloud, MN 56302-9617)
14266555*      +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14266556*       LVNV Funding,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14254779*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC,    Po Box 619096,    Dallas, TX 75235)
14266557*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC,    Po Box 619096,    Dallas, TX 75235)
14266561*     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court:  Nissan-Infiniti,    2901 Kinwest Parkway,    Irving, TX 75063)
14266558*       Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
14266559*      +Nco Financial,    507 Prudential Road,    Horsham, PA 19044-2308
14266560*      +Nelnet Loans,    Po Box 1649,    Denver, CO 80201-1649
14266562*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541)
14266563*      +Pra Receivables Management, LLC,    As Agent of Portfolio Recovery Assocs.,    P.O. Box 41067,
                 Norfolk, VA 23541-1067
14266564*      +Protocol Recovery Service Inc.,    509 Mercer Avenue,    Panama City, FL 32401-2631
14266565*       Quantum3 Group LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
14266566*      +Sears,    Po Box 6189,    Sioux Falls, SD 57117-6189
14266567*      +Strategic Recovery Gro,    7880 Bent Branch Dr Ste,    Irving, TX 75063-6002
14254790*     ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court:  T- Mobile,    P.O. Box 53410,    Bellevue, WA 98015-5341)
14266569*     ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court:  T- Mobile,    P.O. Box 53410,    Bellevue, WA 98015-5341)
14266570*      +U.S. Department Of Education,    Po Box 5609,    Greenville, TX 75403-5609
14266572*      +UPMC Magee-Womens Hospital of UPMC,    PO Box 382059,    Pittsburgh, PA 15250-0001
14266573*       UPMC Presbyterian Hospital,    Billing Department,    PO Box 655,    Vandalia, OH 45377-0655
14266574*      +Vantium Capital,    7880 Bent Branch Road,    Irving, TX 75063-6002
                                                                                              TOTALS: 2, * 37, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel              Page 3 of 3           Date Rcvd: Nov 09, 2018
                              Form ID: 410            Total Noticed: 42
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2018 at the address(es) listed below:

```
          James   Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Dana L. McQueen ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Christopher R. McQueen ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```