IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | Case No. 16-22476-CMB |
| **Christopher McQueen and** | : | |
| **Dana McQueen,** | : | Chapter 13 |
|       Debtors | : | |
| | : | |
| **Christopher McQueen,** | : | |
|       Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **McMeely Staffing Inc.** | : | Related to Docket No. 61 |
| **251 Twin Hills Drive** | : | |
| **Pittsburgh, PA 15216** | : | Hearing Date and Time: |
| **Attention: Payroll Administrator,** | : | December 19, 2018 at 10:00 AM |
|       Respondent | : | |
| | : | |
| and | : | **Filed Under Local Bankruptcy** |
| | : | **Rule 9013.4 Para. 6(c)** |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
|       Additional Respondent | : | |
| | : | |
| **Social Security No. xxx-xx-5976.** | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO TERMINATE WAGE ATTACHMENT

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **November 29, 2018**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **December 19, 2018 at 10:00 a.m.** before Judge Carlota M. Bohm in Court Room B, 54th floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

| | |
|---|---|
| | Attorney for Movant/Applicant: |
| Date of service: November 12, 2018 | |
| | /s/ Paul W. McElrath |
| | Paul W. McElrath, Esquire |
| | PA I.D. # 86220 |

McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA  15210
Tel: 412.765.3606
Fax: 412.765.1917
Email: paulm@mcelrathlaw.com