IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Case No. 16-22476-CMB |
| Christopher McQueen and | : |
| Dana McQueen, | : Chapter 13 |
| Debtors | : |
| | : |
| Christopher McQueen, | : |
| Movant | : |
| | : |
| vs. | : |
| | : |
| McMeely Staffing Inc. | : Related to Docket No. 61 |
| 251 Twin Hills Drive | : |
| Pittsburgh, PA 15216 | : Hearing Date and Time: |
| Attention: Payroll Administrator, | : December 19, 2018 at 10:00 AM |
| Respondent | : |
| | : |
| and | : Filed Under Local Bankruptcy |
| | : Rule 9013.4 Para. 6(c) |
| Ronda J. Winnecour, Esquire, | : |
| Chapter 13 Trustee, | : |
| Additional Respondent | : **ENTERED BY DEFAULT** |
| | : |
| Social Security No. xxx-xx-5976. | : |

## ORDER TERMINATING PAYROLL DEDUCTION

Upon representation of the above-named Debtor, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS, THEREFORE, ORDERED that the wage attachment currently in place with **McMeely Staffing Inc., 251 Twin Hills Drive, Pittsburgh, PA 15216** is Terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed upon application to and Order of this Court.

DATED this __6th__ day of __December__, 2018.

FILED
12/6/18 9:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

kmt

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-22476-CMB
Christopher R. McQueen                                                Chapter 13
Dana L. McQueen
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: kthe              Page 1 of 1              Date Rcvd: Dec 06, 2018
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
db             +Christopher R. McQueen,    1282 Kecksburg Road,    Mount Pleasant, PA 15666-3649
               +McMeely Staffing Inc.,    Attn: Payroll Administrator,    251 Twin Hills Drive,
                 Pittsburgh, PA 15216-1107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Dana L. McQueen ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Christopher R. McQueen ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6